# Social Security Administration
## Supplemental Security Income
Notice of Award

SOCIAL SECURITY ADMINI
District OFC-1st FL
1200 Rev Abraham Woods
BIRMINGHAM AL 35285
Date: February 9, 2017
Claim Number: ███-4755 AI

```
0001432  00001432     3 MB  0 423 SI6LNA T8 P1
SSI M06 02/02 622 17S19151D00939
SAM ERVIN POWE
3350 30TH WAY N
BIRMINGHAM AL 35207-3627
```

We have carefully reviewed the facts of your case and have approved the claim for Supplemental Security Income (SSI) benefits that you filed on January 23, 2017. As of January 2017 you met all the rules to be eligible for SSI based on being age 65 or older.

The rest of this letter explains your current monthly payment, your back payments, how we figured your payment amount, information about Medicaid, your reporting responsibilities, and your appeal rights.

### Your Current Monthly Payment

Your current monthly payment is $545.00 for March 2017. This amount will continue unless there is a change in the information we use to determine your SSI eligibility and payment amount.

### Your Back Payments

| From | Through | Monthly Payment Amount | Total |
|---|---|---|---|
| February 2017 | February 2017 | $545.00 | $545.00 |

We explain how we figured the monthly payment amounts on the worksheets at the end of this letter. The explanation shows how your income, other than any SSI payments, affects your SSI payment.

### When You Will Receive Your Payments

- Your bank or other financial institution should have received a payment of $545.00 by February 6, 2017. This payment covers February 2017.

See Next Page

SSA-L8025