```
                              United States Bankruptcy Court
                              Northern District of Alabama
In re:                                                              Case No. 17-02352-DSC
Sam Ervin Powe                                                      Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 1126-2          User: gharbuck          Page 1 of 1          Date Rcvd: Sep 11, 2017
                              Form ID: 318            Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2017.
```
db          +Sam Ervin Powe,    3350 3th Way N,    Birmingham, AL 35215
9384747     +Birmingham Water Works,    PO Box 830269,    Birmingham, AL 35283-0269
9384755     +CBI,    PO Box 590,    Bessemer, AL 35021-0590
9384742     +JT Smallwood Tax Collector,    Room 160,    716 Richard Arrington Blvd N,
              Birmingham, AL 35203-0133
9384748     +Jefferson County Sewer Dept,    716 Richard Arrington Jr. Blvd,    Room 810,
              Birmingham, AL 35203-0105
9384753    ++TOWER LOAN,    P O BOX 320001,    FLOWOOD MS 39232-0001
             (address filed with court: Tower Loan,    PO Box 320001,    Flowood, MS 39232-0001)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: QTEREYNOLDS.COM Sep 12 2017 02:38:00     Thomas E Reynolds,
              Reynolds Legal Solutions, LLC,    300 Richard Arrington Jr. Blvd. N,    Suite 503,
              Birmingham, AL 35203-3354
smg         +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Sep 12 2017 03:14:58     Thomas Corbett,
              BA Birmingham,    1800 5th Avenue North,    Birmingham, AL 35203-2111
9384744     +EDI: AFNIRECOVERY.COM Sep 12 2017 02:38:00     Afni,   c/o AT T Mobility,    PO Box 3097,
              Bloomington, IL 61702-3097
9384745     +E-mail/Text: G2APCBANK@southernco.com Sep 12 2017 03:14:00     Alabama Power,
              Birmingham Division 4S-1135,    P.O. Box 2641,    Birmingham, AL 35291-0001
9384746     +E-mail/Text: bankruptcy@alagasco.com Sep 12 2017 03:16:39     Alagasco,
              605 Richard Arrington J Blvd N,    Birmingham, AL 35203-2707
9384741      EDI: IRS.COM Sep 12 2017 02:38:00     Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA 19101-7346
9445221      E-mail/Text: bankruptcy@republicfinance.com Sep 12 2017 03:16:56     Republic Finance, LLC,
              1140 Roma Avenue,    Hammond, LA 70403
9384749     +E-mail/Text: bankruptcy@regionalmanagement.com Sep 12 2017 03:13:03     Regional Finance,
              1930 Edwards Lake Rd,    Suite120,    Birmingham, AL 35235-3718
9384750     +E-mail/Text: bankruptcy@republicfinance.com Sep 12 2017 03:16:56     Republic Finance,
              655 Fieldstown Rd Ste 101,    Gardendale, AL 35071-2437
9384743      EDI: ALDEPREV.COM Sep 12 2017 02:38:00     State of Alabama Dept of Revenue,    Legal Division,
              PO Box 320001,    Montgomery, AL 36132-0001
9384751      EDI: CITICORP.COM Sep 12 2017 02:38:00     THD/CBNA,    PO Box 6497,
              Sioux Falls, SD 57117-6497
9384754      E-mail/PDF: cblackmon@comerupshaw.com Sep 12 2017 03:23:18     UAB,    PO Box 2252,
              Birmingham, AL 35246-0036
                                                                                             TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9384752*        THD/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2017 at the address(es) listed below:
```
              Ruby Yvette Davis    on behalf of Debtor Sam Ervin Powe rubydavis@thedavislawgroupllc.com,
               sophiaholloway@thedavislawgroupllc.com;r46870@notify.bestcase.com
              Thomas E Reynolds    ter@reynoldslegalsolutions.com,
               treynolds@ecf.epiqsystems.com;dnm@reynoldslegalsolutions.com
                                                                                             TOTAL: 2
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Sam Ervin Powe** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4755 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| **UNITED STATES BANKRUPTCY COURT   NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION** | | |
| Case number:   17–02352–DSC7 | | |

# Order of Discharge                                                          (12/15)

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sam Ervin Powe

<u>9/11/17</u>                                                **By the court:**  <u>D. Sims Crawford</u>
                                                                                         United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**ATTENTION DEBTOR:   IMPORTANT DOCUMENT!   PLEASE KEEP FOR YOUR RECORDS!**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**